FARMERS RELIANCE MUTUAL INSURANCE COMPANY OF CHEMUNG, SCHUYLER
AND YATES COUNTIES, Respondent, v. LANE CONSTRUCTION CORPORATION,
Appellant.— Motion for leave to appeal to Court of Appeals granted.   Present —
Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

In the Matter of the Judicial Settlement of the Accounts of JOHN G. WICKSER,
as Sole Trustee, etc., of PHILIP BECKER, Deceased.— Motion for leave to appeal
to Court of Appeals denied, with ten dollars costs.   Present — Hubbs, P. J.,
Clark, Sears, Crouch and Taylor, JJ.

CLARA F. KETCHAM, Respondent, v. FRED B. WILBUR, as Executor, etc., of
MARY B. HAND, Deceased, Appellant.— Motion for leave to appeal to Court
of Appeals granted, and question for review certified.   Present — Hubbs, P. J.,
Clark, Davis, Crouch and Taylor, JJ.

MARY DORIS KETCHAM, an Infant, etc., Respondent, v. FRED B. WILBUR,
as Executor, etc., of MARY B. HAND, Deceased, Appellant.— Motion for leave
to appeal to Court of Appeals granted, and question for review certified.   Present
Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

FIRST DEPARTMENT, JUNE, 1925.

DOMENICA DHEMBI (Formerly DOMENICA CARAMETA), as Administratrix, etc.,
of VASILE CARAMETA, Deceased, Appellant, *v.* THOMAS CARAMETA and Others,
Respondents.

Appeal from an order of the Supreme Court, made at the New York Special
Term and entered in the New York county clerk's office on May 6, 1925, denying
the plaintiff's motion for leave to sell the property and assets of the partnership,
as receiver.

PER CURIAM:   The attorneys herein should consent to an immediate trial of
this action.   If they are anxious to advance the interests of their respective clients
they will consent to such a trial, so that the rights of the parties may be determined
and assets of the partnership sold without further delay.   The order should be
affirmed, with ten dollars costs and disbursements.   Present — Clarke, P. J.,
Dowling, Finch, McAvoy and Martin, JJ.   Order affirmed, with ten dollars
costs and disbursements.